**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO GALLARDO GATICA,<br><br>                                    Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary,<br>U.S. Department of Homeland Security,<br>et. al.<br><br>                                    Respondents. | Case No.: 26-cv-2001-BJC-JLB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On March 30, 2026, Petitioner Alberto Gallardo Gatica, a citizen of Mexico, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. He asserts he has lived in the United States since 1995, he was detained by the Department of Homeland Security ("DHS") on March 16, 2026, and was transferred to the Otay Mesa Detention Facility, where he remains. ECF No. 1 ¶¶ 2, 31, 33. He further asserts DHS denied him release from custody, and an immigration judgment denied his request for a custody redetermination hearing. *Id*. ¶¶ 4, 5, 7. Petitioner argues he is entitled to release on bond under 8 U.S.C. § 1226(a), and he is a member of the Bond Eligible Class in *Maldonado Bautista v. Santacruz*, 2025 WL 3288403. In the return, Respondents "acknowledge the prior orders from this District directing bond hearings pursuant to 8

U.S.C. § 1226(a) in similar cases," and they do not oppose an order directing a bond hearing under § 1226(a) but ask for fourteen days to hold such hearing.  ECF No. 4.

Accordingly, the Court GRANTS the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.  Petitioner's request for attorneys' fees and costs is DENIED without prejudice to Petitioner filing an appropriate application for fees.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 20, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2001-BJC-JLB