

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alberto Gallardo Gatica | Civil Action No. 26-cv-02001-BJC-JLB |
| **Plaintiff,** | |
| **V.** | |
| See attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

Date:       4/21/26

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-02001-BJC-JLB

Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Patrick Divver, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; Christopher LaRose, Senior Warden, Otay Mesa Detention Center; Sirce Owen, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice; Pamela Bondi, Attorney General, U.S. Department of Justice; Does 1-2